Form 3A
(10/05)

# United States Bankruptcy Court

### District Of _____ Illinois _____

In re _____ David K Hall _____ ,                    Case No. _07 - 71683_

Debtor                                                 Chapter ___7___

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.    In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _299._ in installments.

2.    I am unable to pay the filing fee except in installments.

3.    Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.    I propose the following terms for the payment of the Filing Fee.*

   $ _74.75_    Check one ☐    With the filing of the petition, or
                          ☑    On or before _7/23/07_

   $ _224.25_ on or before ___ _8/6/07_ _____

   $ _____ on or before _____

   $ _____ on or before _____

*    The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.    I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____        _____   _7/16/07_
Signature of Attorney        Date           Signature of Debtor          Date
                                            (In a joint case, both spouses must sign.)

_____                   _____   _____
Name of Attorney                            Signature of Joint Debtor (if any)   Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 1 6 2007

KENNETH S. GARDNER, CLERK

BY_____
       DEPUTY CLERK

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
District Of _____ Illinois ____

In re _____ David K Hall _____,                    Case No. _____
Debtor

Chapter _____ 7 _____

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

    [ ]    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

    ☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ ___74.75___ Check one ☐ With the filing of the petition, or
                        ☒ On or before ___7/23/07___

$ ___224.25___ on or before ___8/6/07_____

$ _____ on or before _____ _____

$ _____ on or before _____ _____ _____

    ☒    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

KENNETH S. GARDNER
Clerk of the U.S. Bankruptcy Court

Date: _____ _____

_United States Bankruptcy Judge_